437 A.2d 769

George A. SHADIE, George R. Shadie, and Ronald G. Shadie, t/a Shadie Electrical Associates, Appellants,

v.

NANTICOKE UAW HOUSING COMPANY, and Keystone UAW Housing Corporation.

Superior Court of Pennsylvania.

Argued Dec. 2, 1980.

Filed Nov. 30, 1981.

B. Todd Maguire, Wilkes-Barre, for appellants.

David L. Shenkle, Doylestown, for appellees.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

PER CURIAM:

The appeal was taken in this case from the following lower court order: "Now this 28th day of April, 1980, at 3:45 P.M., EDT, it is hereby Ordered, Adjudged and Decreed that Defendants' motion for a more specific pleading is sustained; further, Defendant's demurrer is sustained, unless Plaintiffs file a second amended complaint within thirty (30) days from the date of service hereof." Such an order is not final and appealable. Pa.R.A.P. 301(c).

Appeal quashed.